UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| Valco Enterprises, Ltd., | Case No. 8:07-bk-09275 -KRM |
| Shutter Enterprises Group, Inc., | Case No. 8:07-bk-09276-KRM |
| Roll-A-Way, Inc. | Case No. 8:07-bk-09277-KRM |
| Valco Group, Inc., | Case No. 8:07-bk-09278-KRM |

(Jointly Administered under
Case No. 8:07-bk-09275-KRM)

Chapter 11

_____Debtor(s)._____/

## NOTICE OF CONFIRMATION

NOTICE IS HEREBY GIVEN that on May 1, 2008, this Court entered an order confirming a joint plan of reorganization heretofore submitted by the above-named debtor(s) and accepted by the requisite number and amount of creditors in each class affected by the plan.

NOTICE IS FURTHER GIVEN that by virtue of Section 1141(b) of the Bankruptcy Code, the Order of Confirmation vests all the property of the estate in the debtor(s), except as otherwise provided in the plan or the Order confirming the plan.

YOU ARE FURTHER NOTIFIED that, except as otherwise provided in Section 1141(d)(1), (2) and (3) of the Bankruptcy Code, the Order of Confirmation operates as a discharge from any debt which arose before the date of confirmation and any debt specified in Section 502(g), (h) and (i) of the Bankruptcy Code, whether or not proof of claim was filed or allowed or the holder of such claim accepted the plan.

PLEASE GOVERN YOURSELF ACCORDINGLY.

DATED: May 8, 2008.

FOR THE COURT
Lee Ann Bennett, Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602